**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GINA MEDICO | : | CIVIL CASE #: 3:25-CV-2045-SVN |
| V. | : | |
| CONNECTICUT COALITION AGAINST DOMESTIC VIOLENCE INC., ET AL. | : | APRIL 14, 2026 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant,

Center for Family Justice, Inc. represents as follows:

Center for Family Justice, Inc. is not publicly traded or affiliated with any publicly

traded entity.

DEFENDANTS
CENTER FOR FAMILY JUSTICE, INC. AND
ANNE MARCONE

By  */s/ Kevin J. Greene*
      Kevin J. Greene
      Halloran & Sage LLP
      225 Asylum Street
      One Goodwin Square
      Hartford, CT 06103
      Federal Bar No. ct16742
      greene@halloransage.com

Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

 HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of April, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kevin J. Greene
Kevin J. Greene

-2-



Halloran & Sage LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103
10270395.v1

Phone 860.522.6103
Fax 860.548.0006
Juris No. 026105