## UNITED STATES DISTRICT COURT
### District of Connecticut

Gina Medico

      *Plaintiff*

v.

Connecticut Coalition Against D(

      *Defendant*

MAY 1 2026 PM3:52
FILED-USDC-CT-HARTFORD

Case No. 3:25-cv-02045

### NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

4/27/2026
      *Date*

*Filer's signature*

Emily Goodman
      *Printed name*

23 Pierce Road
      *Address*

Riverside CT 06878
      *City, State, Zip Code*

3017282424
      *Telephone number*

### CERTIFICATE OF SERVICE

I hereby certify that on  April 27, 2026  , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here*:

*Filer's signature*

Rev. 8/11/15