# Notice of Change of Address

Gina Medico, Plaintiff

v

CCADV, et al., Defendants

Case Number

3:25-CV-02045-SVN

Please note the following

change in address:

9 Daniel Road.

Unit 9-B

Bristol, CT 06010

JUL 24 2026 PM 3:58
FILED-USDC-CT-NEW_HAVEN