**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

GINA MEDICO,                                    )         No. 3:25-cv-02045-SVN
    Plaintiff,                          )
                                        )
v.                                              )
                                        )
CONNECTICUT COALITION AGAINST                   )
DOMESTIC VIOLINCE, INC., ET AL                  )         July 29, 2026
    Defendants.                         )

## MOTION BY DEFENDANT LISA ARONSON FONTES FOR SECURITY FOR COSTS

Pursuant to Local Civil Rule 83.3(a), Defendant Lisa Aronson Fontes moves for

entry of an order that Plaintiff give a cash deposit or bond with recognized corporate

surety in the sum of Five Hundred Dollars ($500.00) within thirty (30) days from the

entry of such order.

DEFENDANT,
LISA ARONSON FONTES
By:___/s/ Edward W. Gasser_____
Edward W. Gasser
Fed. Bar no. ct03648
Gasser Law Firm, LLC
166 Albany Turnpike, Suite 4A
Canton, CT 06019
Email:  egasser@gasserlaw.com
Tel:  860-674-8342
Fax: 860-676-8912

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent this date via electronic delivery to the following counsel of record accepting electronic delivery:

Gina Medico, *Pro Se*
9 Daniel Road
Unit 9-B
Bristol, CT 06010
Gmedico@gmail.com
*Self-Represented Plaintiff*

Justin (Jud) Reddington, Esq.
ct30158
Traub Lieberman LLP
27 Simeon Co. Road
Watertown, CT 06795
jreddington@tlsslaw.com
*Attorney for Defendants: Neubert, Pepe & Monteith, P.C. James Brownstein & Angie DiDomenico*

Alexander Ahrens, Esq.
Melick & Porter, LLP
900 Main Street South
Southbury, CT 06488
aahrens@melicklaw.com
*Attorney for Defendant: Connecticut Coalition Against Domestic Violence, Inc.*

Mario Cerame, Esq.
ct30125
311 Centerpoint Drive
Middletown, CT 06457
Fax: 860-724-2161
*Attorney for Defendant: Marc Fitch*

Kevin J. Greene, Esq.
ct16742
Halloran & Sage, LLP
225 Asylum Street

Tadhg Dooley, Esq.
ct29364
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508
tdooley@wiggin.com

Diego Ibarguen, Esq.
phv09864
Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10019
dibarguen@hearst.com

Nathaniel S. Boyer, Esq.
phv209295
Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10019
nathaniel.boyer@hearst.com
*Attorneys for Defendant: Hearst Media Services Connecticut, LLC, Clare Dignan*

Richard A. Roberts, Esq.
ct07665
Carmine Annunziata, Esq.
ct29616
Nuzzo & Roberts, LLC
One Town Center
PO Box 747
Cheshire, CT 06410
aroberts@nuzzo-roberts.com
cannunziata@nuzzo-roberts.com

One Goodwin Square
Hartford, CT 06103
greene@halloransage.com
*Attorney for Defendants: The*
*Center for Family Justice, Inc.,*
*Anne Marcone*

Jeffrey F. Frank, Esq.
ct32070
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
jfrank@morrisonmahoney.com
*Attorney for Defendants: One*
*Mom's Battle, Inc., Tina Swithin*

Suzanne Campos *(pro se)*
40 Overlook Drive
Monroe, CT 06468
SuzaTest1@yahoo.com
*Self-Represented Defendant*

**Non-Appearing Parties**

Connecticut Protective Moms, Inc.
a/k/a Protective Moms, Inc.
2389 Main Street, Suite 100
Glastonbury, CT 06033

Kimberly Donohue
3600 S. Peninsula Drive, Apt. 15
Port Orange, FL 32127

*Attorneys for Defendants: Narc*
*Free Press, LLC, Amy Polacko,*
*Christine Cocchiola*

Betsy Keller, *Pro Se*
19 Palmer Lane
Riverside, CT 06878
203-561-6988
betsykellerpn@gmail.com
*Self-Represented Defendant*

Emily Goodman *(pro se)*
23 Pierce Road
Riverside, CT 06878
*Self-Represented Defendant*

Ramani Durvasula *(pro se)*
4500 Park Granada Street
Calabasas, CA 91302
*Self-Represented Defendant*

   /s/ Edward W. Gasser (ct03648)
Edward W. Gasser
Commissioner of the Superior Court